IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MISTA TURNER BURGESS, Individually, and in her capacity as mother and next best friend of PLAINTIFF H.M.T., a minor child,<br><br>   Plaintiffs,<br><br>v.<br><br>THE CITY OF OKLAHOMA CITY, a political subdivision of the State of Oklahoma; THE STATE OF OKLAHOMA, *ex rel.,* THE DEPARTMENT OF HUMAN SERVICES, a state agency; MICHAEL E. KLIKA, Individually; CAROL HOUSEMAN, Individually; and DOES 1 THROUGH 5, INCLUSIVE,<br><br>   Defendants. | Case No. CIV-07-269-D |

## NOTICE TO THE COURT

  COME NOW the parties to this action and inform this Court that they have reached an agreement in this case regarding Plaintiff's possible appeal and the Defendants' applications to recover their costs. Pursuant to that agreement, Plaintiff has agreed to forego her appeal in return for the withdrawal of the Defendants' applications to recover costs. It is the intention of the Defendants to file formal withdrawals of their cost applications.

            Respectfully submitted,

            KENNETH JORDAN
            Municipal Counselor

By: /s/ Tina A. Hughes
Richard C. Smith, OBA #8397
Tina A. Hughes, OBA # 13889
Assistant Municipal Counselors
200 N. Walker, Suite 400
Oklahoma City, OK 73102
(405) 297-2451   FAX (405) 297-3851
rick.smith@okc.gov
tina.hughes@okc.gov
Attorney for Defendant City

/s/ Susan A. Knight
Susan A. Knight
One Leadership Square
211 North Robinson, Suite 800
Oklahoma City, OK 73102
Attorney for Defendant Klika

/s/ Richard Freeman
Richard Freeman
1st Assistant General Counsel
Department of Human Services
P.O. Box 3025
Oklahoma City, OK 73152
Attorney for Defendants State of Oklahoma, *ex rel.*, Department of Human Services and Houseman.

/s/ /Scott F. Brockman
Scott F. Brockman
Stanley M. Ward
Woodrow K. Glass
1821 E. Imhoff Road, Suite 102
Norman, OK 73071
Attorneys for Plaintiffs